PERE MARQUETTE RAILROAD COMPANY
*v.* DONNELLY.
[No. 5,257.]

SAME *v.* SWANSON.
[No. 5,258.]

SAME *v.* LESLIE.
[No. 5,259.]

SAME *v.* BELLASTY.
[No. 5,260.]

SAME *v.* LOCUSH.
[No. 5,261.]

SAME *v.* BAKER.
[No. 5,262.]

SAME *v.* GRUND.
[No. 5,263.]

SAME *v.* MARTENSON.
[No. 5,264.]

SAME *v.* AHO.
[No. 5,265.]

SAME *v.* WONRIES.
[No. 5,266.]

SAME *v.* PHILLIPS.
[No. 5,267. All filed June 30, 1905. Rehearings denied November 2, 1905.]

From Laporte Superior Court; *Harry B. Tuthill*, Judge.

Suits against the Pere Marquette Railroad Company. From decrees against defendant it appeals. *Affirmed.*

*M. T. Krueger* and *James F. Gallaher*, for appellant.
*C. R. & J. B. Collins*, for appellees.

ROBINSON, J.—The errors assigned and argued in the briefs of counsel in each of the preceding eleven cases are the same as those in *Pere Maquette R. Co.* v. *Smith* (1905), *ante*, 439, and upon the

authority of that case and the case of *Pere Marquette R. Co.* v. *Baertz* (1905), *ante,* 408, the judgment of the trial court in each of said cases is affirmed.